IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:96-CV-45-BO(1)

UNITED STATES OF AMERICA, )
        Plaintiff, )
         )
    v. ) DEFAULT JUDGMENT
         )
CARROLL RUDOLPH POPE and )
TERESA T. POPE )
        Defendants. )

A default having been entered against the defendants and counsel for the plaintiff having requested judgment against the defaulted defendant and having filed a proper affidavit all in accordance with Rule 55 of the Federal Rules of Civil Procedure.

Judgment is rendered in favor of the plaintiff, United States of America, and against the defendants, Carroll Rudloph Pope and Teresa T. Pope, in the sum of:

| | |
|---|---:|
| Principal | $271,546.88 |
| Interest at 10.32% through 5/2/96 | 234,614.78 |
| Interest at 10.32% through 10/16/96 | 12,710.19 |
| Costs | 120.00 |
| Subtotal | 518,991.85 |
| 10% Surcharge (28 USC §3011(A)) | 51,899.19 |
| **TOTAL** | **$570,891.04** |

with interest thereon at 5.64 % from the date of entry of this judgment, and all future costs.

This the 16th day of October, 1996.

DAVID W. DANIEL
Clerk of Court

BY: _____
        Deputy Clerk